# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Casimiro Venegas,

      Petitioner,

v.

Williams,

      Respondent.

Case No.: 2:23-cv-00608-JAD-BNW

**Order Dismissing Case**

Nevada State prisoner Casimiro Venegas submitted an application to proceed *in forma pauperis* but failed to submit a petition or complaint of any kind.[1]  So I dismiss matter because it has not been properly commenced.[2]

IT IS THEREFORE ORDERED that this improperly commenced action is **DISMISSED**.

IT IS FURTHER ORDERED that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.

IT IS FURTHER ORDERED that no certificate of appealability will issue.

IT IS FURTHER ORDERED that the Clerk of Court enter judgment accordingly and close this case.

                                        _____

U.S. District Judge Jennifer A. Dorsey

May 30, 2023

---

[1] I note that Venegas has an earlier-filed habeas action before this court. *See* Case No. 2:23-cv-00298-JAD-BNW. On April 5, 2023, I ordered that the petition in that action be filed and directed respondents to file a response to the petition. *See id*. at ECF No. 6.

[2] 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.